**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**RONALD DONELL PETERSON,**

                     **Plaintiff,**                 **3:17-cv-1074
                                                                          (GLS/DEP)**

        **v.**

**BINGHAMTON POLICE DEPARTMENT
et al.,**

                     **Defendants.**
_____

**APPEARANCES:**                         **OF COUNSEL:**

**FOR PLAINTIFF:**

RONALD DONELL PETERSON
Plaintiff, *Pro Se*
Broome County Correctional Facility
P.O. Box 2047
Binghamton, New York 13902

**Gary L. Sharpe
Senior District Judge**

## ORDER

     The above-captioned matter comes to this court following an Order,

Report, and Recommendation by Chief Magistrate Judge David E.

Peebles, duly filed on November 7, 2017. (Dkt. No. 4.) Following fourteen

days from the service thereof, the Clerk has sent the file, including any and

all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Order, Report, and Recommendation for clear error, it is hereby

**ORDERED** that the Order, Report, and Recommendation (Dkt. No. 4) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint in this action (Dkt. No. 1) is **DISMISSED** with leave to replead within thirty days of the date of this order; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within the time permitted, the clerk is directed to close this case without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

December 5, 2017
Albany, New York

*Gary L. Sharpe*
U.S. District Judge